**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**RICHARD ROY**, an individual; and **KINNON ROY**, an individual,

Plaintiffs,

v.

**CITY OF BURNS**, an Oregon municipal corporation; **JUDY ERWIN**, an individual; **SCOTT WILLIAMSON**, an individual; **DOES 1-10**; and unknown individuals,

Defendants

Case No. 2:24-cv-02043-HL

**ORDER ADOPTING F&R IN FULL**

**IMMERGUT, District Judge.**

On October 30, 2026, Magistrate Judge Hallman issued his Findings and Recommendation ("F&R"), ECF 44, recommending that Defendants' Motion to Dismiss, ECF 37, be denied in part and granted in part. Neither Defendants nor Plaintiffs have filed timely objections.

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a

de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

Judge Hallman's F&R, ECF 44, is ADOPTED in full. Defendants' Motion to Dismiss, ECF 37, is DENIED IN PART AND GRANTED IN PART.

**IT IS SO ORDERED**.

DATED this 16th day of November 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge